**21**            **IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

KEVIN GERARD MANFRE,
REG. #06465-010                                                                     PLAINTIFF

v.                             2:12-cv-00050-JMM-JTK

UNITED STATES OF AMERICA, et al.                           DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant United States of America is DISMISSED from this action, for failure to state a claim and as immune from liability.

IT IS FURTHER ORDERED that Count II of Plaintiff's Complaint, asserting a denial of due process by Defendants Heuett and Weeks, is DISMISSED for failure to state a claim.

IT IS SO ORDERED this  21  day of  May, 2012.

                                                                                   JAMES M. MOODY
                                                                                   UNITED STATES DISTRICT JUDGE