IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KEVIN GERARD MANFRE                                                                    PLAINTIFF
REG. #06465-010

v.                                    2:12-cv-00050-JMM-JTK

UNITED STATES OF AMERICA, et al.                                                      DEFENDANTS

## ORDER

Defendants Niharika Shah, Nader Peikar, and Cynthia Gaia, through their attorney, have answered and supplied their correct names (Doc. No. 44). The Clerk is directed to change the style of the case to reflect the correct name of these Defendants.

IT IS SO ORDERED this 14th day of August, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE