## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

KEVIN GERARD MANFRE,
REG. #06465-010                                                                                                  PLAINTIFF

V.                                    2:12-cv-00050-JMM-JTK

UNITED STATES OF AMERICA, et al.                                                             DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the Motion to Dismiss filed by Defendants Outlaw and Heuett (Doc. No. 40) be GRANTED.

IT IS SO ORDERED this 12th day of September, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE