**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

KEVIN GERARD MANFRE,                                                                          PLAINTIFF
REG. #06465-010

v.                                    2:12CV00050-JMM-JTK

UNITED STATES OF AMERICA, et al.                                                         DEFENDANTS

## ORDER

The Motion of Defendant Matos to file Exhibits under Seal (Doc. No. 74) is GRANTED.

The Clerk shall file Exhibit C of Defendant's Summary Judgment Motion under seal.

IT IS SO ORDERED this 18th day of March, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE