IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KEVIN GERARD MANFRE, PLAINTIFF
REG. #06465-010

v. 2:12CV00050-JMM-JTK

UNITED STATES OF AMERICA, et al. DEFENDANTS

## ORDER

The Motions of Defendants Peikar and Maples to file Exhibits under Seal (Doc. Nos. 78, 79) are GRANTED.

IT IS SO ORDERED this 19th day of March, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE