IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

KEVIN GERARD MANFRE,                                                                        PLAINTIFF
REG. #06465-010

2:12CV00050-JMM-JTK

UNITED STATES OF AMERICA, et al.                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety.

The Court notes that Plaintiff has not filed an Amended Complaint in this case as stated in his objections. In his Complaint, Plaintiff alleges Defendant Matos violated his Eighth Amendment right to be free from cruel and unusual punishment. Plaintiff has not plead any other causes of action against Defendant Matos in this case. Accordingly,

IT IS, THEREFORE, ORDERED that the Motion for Summary Judgment filed by Defendant Matos (Doc. No. 75) is GRANTED, and Plaintiff's claims against this Defendant are DISMISSED with prejudice.

IT IS SO ORDERED this 20th day of May, 2013.

*[signature]*
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE