# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**KEVIN GERARD MANFRE,**                                          **PLAINTIFF**
**REG. #06465-010**

V.                      **2:12CV00050-JMM-JTK**

**UNITED STATES OF AMERICA, et al.**                         **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety.

IT IS, THEREFORE, ORDERED that the Motion for Summary Judgment filed by Defendant Matos (Doc. No. 75) is GRANTED, and Plaintiff's claims against this Defendant are DISMISSED with prejudice.

IT IS SO ORDERED this 4th day of June, 2013.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE