IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

KEVIN GERARD MANFRE,                                                                                    PLAINTIFF
REG. #06465-010

2:12CV00050-JMM-JTK

UNITED STATES OF AMERICA, et al.                                                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the Motion for Summary Judgment filed by Defendant Shah (Doc. No. 83) is GRANTED, and Plaintiff's claims against this Defendant are DISMISSED with prejudice.

IT IS SO ORDERED this 4th day of June, 2013.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE