# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

KEVIN GERARD MANFRE,                                                                PLAINTIFF
REG. #06465-010

2:12CV00050-JM-JTK

UNITED STATES OF AMERICA, et al.                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant's Motion for Summary Judgment (Doc. No. 150) is GRANTED, and Plaintiff's FTCA claim against Defendant is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 5th day of May, 2014.

_____
JAMES M. MOODY, JR.
UNITED  STATES  DISTRICT  JUDGE