IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

KEVIN GERARD MANFRE,                                                               PLAINTIFF
REG. #06465-010

2:12CV00050-JM-JTK

UNITED STATES OF AMERICA, et al.                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 5th day of May, 2014.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE